TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
     Federal Building, Suite 7516AA
     300 North Los Angeles Street
     Los Angeles, CA 90012
     Telephone: (213) 894-8341
     Facsimile: (213) 894-7819
     Email: louisa.kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>KELLI DAVIS,<br><br>           Defendant. | No. SACV 21-1218<br><br>[CR 03-41-WJR]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE STIFEL, NICOLAUS & COMPANY, INCORPORATED [28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Kelli Davis*, CR 03-41-WJR. In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On September 13, 2004, the District Court of the United States in the Central District of California entered an order imposing the following criminal judgment debt:

- Restitution: $2,146,564.00
- Special assessment: $600.00

The defendant-judgment debtor is Kelli Davis, Social Security Number XXX-XX-0982, currently resides in Laguna Niguel, California.

As of July 16, 2021, Defendant's criminal debt balance is $1,618,034.20. Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee Stifel, Nicolaus & Company, Incorporated is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property. Specifically, it is believed that funds, assets, or property belonging to Kelli Davis are currently in Stifel, Nicolaus & Company, Incorporated's custody, control, or possession. By and through this Writ of Garnishment, the United States seeks to take the funds or property from Kelli Davis currently held by Stifel, Nicolaus & Company, Incorporated to secure payment towards the criminal judgment debt. 28 U.S.C. § 3205 (b)(1)(C).

///

///

///

The name and address of Garnishee or the Garnishee's authorized agent is:

**Stifel, Nicolaus & Company, Incorporated**
**c/o C T Corporation System**
**330 North Brand Boulevard**
**Suite 700**
**Glendale, California 91203**

Dated: July 16, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section

　/s/ *Louisa O. Kirakosian*
LOUISA O. KIRAKOSIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America